**FILED**

OCT 2 5 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 17 CR 430 |
| v. ) | |
| ) | Violation: Title 18, United States |
| JOSEPH HAZLEY ) | Code, Sections 1591(a), |
| ) | (b)(2), (c), 1594(c) and |
| ) | 2421(a) |

**Second Superseding Indictment**

JUDGE COLEMAN

MAGISTRATE JUDGE MARTIN

COUNT ONE

The SPECIAL DECEMBER 2017 GRAND JURY charges:

In or around December 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSEPH HAZLEY,

defendant herein, conspired with Charles McFee, in and affecting interstate commerce, to knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, namely, Minor A, having had the reasonable opportunity to observe, knowing, and in reckless disregard of the fact that Minor A had not yet attained the age of eighteen and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a), (b)(2) and (c);

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

From on or about December 1, 2016, to on or about December 24, 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JOSEPH HAZLEY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained and maintained by any means a person, namely, Minor A, having had the reasonable opportunity to observe, knowing, and in reckless disregard of the fact that Minor A had not yet attained the age of eighteen and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a), (b)(2), and (c).

## COUNT THREE

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about October 18, 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JOSEPH HAZLEY,

defendant herein, knowingly transported Victim 2 in interstate commerce, from the State of Illinois to the State of Indiana, with intent that Victim 2 engage in prostitution and in sexual activity for which a person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2421(a).

## COUNT FOUR

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about October 20, 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JOSEPH HAZLEY,

defendant herein, knowingly transported Victim 2 in interstate commerce, from the State of Indiana to the State of Illinois, with intent that Victim 2 engage in prostitution and in sexual activity for which a person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2421(a).

## COUNT FIVE

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about October 24, 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JOSEPH HAZLEY,

defendant herein, knowingly transported Victim 2 in interstate commerce, from the State of Illinois to the State of Indiana, with intent that Victim 2 engage in prostitution and in sexual activity for which a person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2421(a).

## COUNT SIX

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about October 30, 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JOSEPH HAZLEY,

defendant herein, knowingly transported Victim 2 in interstate commerce, from the State of Illinois to the State of Indiana, with intent that Victim 2 engage in prostitution and in sexual activity for which a person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2421(a).

## COUNT SEVEN

The SPECIAL DECEMBER 2017 GRAND JURY further charges:

On or about November 3, 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JOSEPH HAZLEY,

defendant herein, knowingly transported Victim 2 and Victim 3 in interstate commerce, from the State of Ohio to the State of Illinois, with intent that Victim 2 and Victim 3 engage in prostitution and in sexual activity for which a person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2421(a).

## **FORFEITURE ALLEGATION**

The SPECIAL DECEMBER 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1591(a) as set forth in this Indictment, defendant shall forfeit to the United States of America any property used to facilitate the commission of the offense, as provided by Title 18, United States Code, Section 1594(d)(2).

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY