

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

USA
,

Plaintiff(s),

v.

Joseph Hazley,

Defendant(s).

Case No. 17 CR 430-1
Judge Sharon Johnson Coleman

## ORDER

Jury trial held. Deliberation began. Jury returns a verdict of guilty as to counts 1ss, 2ss, 3ss, 4ss, 5ss, and 6ss of the second superseding indictment. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 6/4/2019 at 10:00 a.m. Sentencing memorandum and/or objections to the presentence investigation to be filed by 5/21/2019. Any responses to be filed by 5/28/2019. Probation shall disclose the confidential sentencing recommendations to each side. Trial ends-Jury.

Date: 3/6/2019

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
U.S. District Court Judge

(T:06:00)